Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266-5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Jennifer Vera Gutierrez | Chapter 13 Case Number: 10-45508-LT 13 |
| Debtors(s) | |

**NOTICE OF HEARING DATE, TIME AND LOCATION ON CHAPTER 13 STANDING TRUSTEES MOTION TO DISMISS WITH PREJUDICE.**

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a hearing will be held on July 09, 2010 at 9:00 am at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 201, Oakland, California for the following reason:

CHAPTER 13 STANDING TRUSTEES MOTION TO DISMISS WITH PREJUDICE.

Date: May 28, 2010

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In Re<br>    Jennifer Vera Gutierrez<br><br>                     Debtors(s) | Chapter 13 Case Number:<br>10-45508-LT 13 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

May 28, 2010                                    /s/Gina A. Weaver
                                                Gina A. Weaver

                                                Pro Per

Jennifer Vera Gutierrez
3985 Bolinas Place                              (Counsel for Debtor)
Discovery Bay, CA 94505

(Debtor(s))