Jennifer Vera Gutierrez
3985 Bolinas Place
Discovery Bay, CA 94505

Pro Se

FILED
JUN - 1 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

Northern District of California

In re: Jennifer V Gutierrez )
                              )
                              ) Case No. 10-45508
                              )
                              ) Chapter 13
                              )
                              ) **DEBTOR'S REQUEST FOR ADDITIONAL TIME TO**
                              ) **FILE REQUIRED DOCUMENTS & FILING FEE**
                              ) **INSTALLMENTS**
                              )
                              )
                              )

**DEBTOR'S REQUEST FOR ADDITIONAL TIME TO FILE REQUIRED DOCUMENTS**

**AND PAY FILING FEE INSTALLMENT**

TO ALL INTERESTED PARTIES:

    I, Jennifer Vera Gutierrez, the debtor herein, request to extend the time allowed to file required documents in this case. I ask that the court allow until June 15, 2010 to make my installment payment of $209 and to file all schedules, statement of financial affairs,

Form B22C, and Chapter 13 Plan. I have completed my credit counseling. The

motion is based on the following circumstances:

I, the debtor filed this Chapter 13 bankruptcy on May 13, 2010,

In order to reorganize the arrears of my mortgage, my IRS debt, large utility bills, and large medical bills, I filed this current case.

My 2 year old son nearly drown 10 months ago. I am grateful to say he is now in perfect health. His medical treatment did result in fifty thousand dollars in bills. I was Vice-President of a corporation from 2005-2008. I am working with an accountant to amend my tax returns, and reorganize any monies owed to the IRS.

I am currently looking for legal counsel to represent me in this case.

DATED: June 1, 2010

*[signature]*
Jennifer Vera Gutierrez